# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Green Tree Credit, LLC**

    vs.

**County of Chenango, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:04-CV-590

    ___   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   _X_   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IS GRANTED IN PART AND DENIED IN PART. PLAINTIFF IS ENTITLED TO JUDGMENT ON ITS FIRST CAUSE OF ACTION. ALL REMAINING CLAIMS, CROSS-CLAIMS AND COUNTERCLAIMS ARE DISMISSED.**

    **IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED JULY 13, 2005.**

Dated:  July 13, 2005

Clerk of Court

s. S. Potter
By:  Deputy Clerk