UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

GREEN TREE CREDIT, LLC, as successor )
by merger to CONSECO FINANCE )
CREDIT CORP (formerly GREEN TREE )
CREDIT CORP.), )
)
Plaintiff, )
-v- )
)
COUNTY OF CHENANGO, WILLIAM E. )
EVANS, as Treasurer of the County of )
Chenango, PAUL NEUMAN, Trustee of )
the WINDHAM RD LAND  TRUST and )
EDWARD F. HINMAN, )
)
Defendants. )

Docket No.: 04-CV-0590 (TJM/DEP)



U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

SEP 13 2005

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

HON. THOMAS J. McAVOY
SENIOR UNITED STATES  DISTRICT JUDGE

## Amended JUDGMENT

PURSUANT to the Decision and Order filed herein on July 13, 2005, it is hereby

ORDERED, ADJUDGED AND DECREED, that the Judgment entered on or about March

17, 2003 in the *in rem* tax lien foreclosure proceeding brought in the Chenango County Supreme

Court under the caption: <u>In the Matter of the Foreclosure of Tax Liens by Proceeding in rem</u>

<u>Pursuant to Article Eleven of the Real Property Tax Law by Chenango County</u> (Index No. 200X021)

be, and the same hereby is, VACATED as against the parcel of real property identified therein as

Tax Map Parcel 204-1-21, Town of Smithville, County of Chenango and State of New York [hereinafter "the Property"]; and it is further

ORDERED, ADJUDGED AND DECREED, that the Deed from William E. Evans to County of Chenango, recorded on March 26, 2003 as Instrument #2003-000510 be, and the same hereby is CANCELLED as against the parcel of real property designated and commonly known as Tax Map Parcel 204-1-21, Town of Smithville, County of Chenango and State of New York; and it is further

ORDERED, ADJUDGED AND DECREED, that the Deed from the County of Chenango to Windham Rd Land Trust, Paul Neuman, Trustee, recorded on May 29, 2003 as Instrument #2003-000969 be, and the same hereby is CANCELLED *in todo*; and it is further

ORDERED, ADJUDGED AND DECREED, that the Clerk of the County of Chenango is commanded to cancel the aforesaid Deeds to the extent directed herein; and it is further

ORDERED, ADJUDGED AND DECREED, that the Clerk of the County of Chenango is commanded to file a copy of this Judgment and Order in the real property records of Chenango County and to index the same as against all of the defendants herein; and it is further

ORDERED, ADJUDGED AND DECREED, that within ten (10) days after the service of a certified copy of this Order, with notice of entry thereof, the Defendants, County of Chenango

and/or William E. Evans, as Treasurer of the County of Chenango, shall serve upon the Attorneys for Plaintiff a statement of the taxes, penalties and interest levied against the Property as of March 17, 2003 [hereinafter the "Unpaid Taxes"]; and it is further

ORDERED, ADJUDGED AND DECREED, that the Plaintiff shall have sixty (60) days from the date of service of the Unpaid Taxes Statement to redeem the Property from the lien of all unpaid taxes affecting the Property by paying to Defendant, William E. Evans, as Treasurer of the County of Chenango, the amount due and owing on the said Unpaid Taxes Statement, and upon receipt of said payment, Defendant,  William E. Evans, as Treasurer of the County of Chenango, shall promptly execute and cause to be filed a Certificate of Redemption pursuant to §§1110 and /or 1122(10) of the New York Real Property Tax Law.

DATED: ~~August~~ Sept. 3, 2005

_____
HON.  THOMAS J. MCAVOY
Senior United States District Judge

ENTER: